PHILLIP A. TALBERT
United States Attorney
KRISTIN F. SCOTT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Dec 07, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:23-cr-0309 KJM |
|---|---|
| Plaintiff, | |
| v. | |
| ELMER YUSAY NGO, | ORDER TO SEAL |
| Defendant. | |

The Court hereby orders that the Indictment, the Petition of Assistant United States Attorney Kristin F. Scott to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

Dated: December 7, 2023

_____
JEREMY D. PETERSON
United States Magistrate Judge